[No. 27663-5-III.   Division Three.   November 17, 2009.]

ATHENA L. TAYLOR ET AL., *Appellants*, v. STEVE HOODENPYL
ET AL., *as Trustees, Respondents.*

Appeal from a judgment of the Superior Court for Klick-itat County, No. 05-2-00314-1, E. Thompson Reynolds, J., entered November 17, 2008. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 27727-5-III.   Division Three.   November 17, 2009.]

JOSHUA J. KRAWIEC, *Appellant*, v. THE CITY OF NEWPORT,
*Respondent.*

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 07-2-00169-3, Rebecca M. Baker, J., entered December 11, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Brown, J.

[Nos. 27739-9-III; 27740-2-III.   Division Three.   November 17, 2009.]

ROBERT K. JOHNSON ET AL., *Respondents*, v. THE CITY OF
LEAVENWORTH, *Defendant*, PUBLIC HOSPITAL DISTRICT
NO. 1 OF CHELAN COUNTY ET AL., *Appellants.*

Appeals from a judgment of the Superior Court for Chelan County, No. 07-2-01185-9, Ted W. Small, J., entered December 17, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 27748-8-III.   Division Three.   November 17, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIANA LEA
LYTLE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-00946-0, Michael P. Price, J., entered January 12, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Sweeney, J.